Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                    Location : Fort Bend   Images Help

# REGISTER OF ACTIONS
## CASE NO. 25-DCV-329333

| | | |
|---|---|---|
| **Dianira Correa vs. Sunrun, Inc.** | § § § § § | Case Type: **Real Property - Other Real Property**<br>Date Filed: **05/06/2025**<br>Location: **240th District Court** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant or Respondent** | Sunrun, Inc.<br>Austin, TX 78701-3136 | |
| **Plaintiff or Petitioner** | Correa, Dianira | Sergio Perez<br>*Retained*<br>713-979-2941(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 05/06/2025 | **Petition**   Index # 1 | |
| | *Plaintiff's Original Petition* | |
| 05/07/2025 | **Request**   Index # 2 | |
| | *Request for Process* | |
| 05/12/2025 | **Issuance**   Index # 3 | |
| | *Citation Issued to Sunrun, Inc.* | |
| 05/12/2025 | Citation | |
| | eService | |
| |   Sunrun, Inc.     Served | 05/19/2025 |
| |                   Returned | 06/06/2025 |
| 06/06/2025 | **Officers Return**   Index # 4 | |
| | *Citation Return for Sunrun Inc. Served on 5/19/25* | |
| 06/16/2025 | **Answer/Contest/Response/Waiver**   Index # 5 | |
| | *Original Answer of Defendant Sunrun, Inc* | |

---

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| | **Plaintiff or Petitioner** Correa, Dianira | |
| | Total Financial Assessment | 358.00 |
| | Total Payments and Credits | 358.00 |
| | **Balance Due as of 06/18/2025** | **0.00** |

| | | | | |
|---|---|---|---|---|
| 05/07/2025 | Transaction Assessment | | | 350.00 |
| 05/07/2025 | E-filing | Receipt # 2025-24775-DCLK | Correa, Dianira | (213.00) |
| 05/07/2025 | State Credit | | | (137.00) |
| 05/08/2025 | Transaction Assessment | | | 8.00 |
| 05/08/2025 | E-filing | Receipt # 2025-25084-DCLK | Correa, Dianira | (8.00) |