UNITED STATES DITRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANIRA CORREA<br>  *Plaintiff,* | §<br>§<br>§ | |
| V. | §<br>§ | Civil Action No. 4:25-CV-2848 |
| SUNRUN INC.<br>  Defendants. | §<br>§<br>§<br>§ | |

## **INDEX OF ALL DOCUMENTS FILED IN STATE COURT**

1. 05/06/2025 – Original Petition

2. 05/07/2025 – Request for Service

3. 05/12/2025 – Citation

4. 06/06/2025 – Officers Return

5. 06/06/2025 – Original Answer