EXHIBIT F

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DIANA CORREA, *Plaintiff*, | : : : : | |
| v. | : : | Civil Action No.: 4:25-CV-2848 |
| SUNRUN INC. *Defendant*. | : : : : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Sunrun Installation Services Inc., a Delaware corporation, is a publicly traded company of which BlackRock Advisors LLC owns greater than 10% of its shares.

DATED:   June 18, 2025