IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANIRA CORREA | § | |
|    Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:25-CV-2848 |
| v. | § | |
| | § | |
| SUNRUN INC., | § | |
|    Defendant. | § | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dianira Correa hereby gives notice that she is voluntarily dismissing this action without prejudice.

Defendant Sunrun Inc. has not filed an answer or motion for summary judgment in this Court, so this action may be dismissed by this Court without a court order.

Accordingly, Plaintiff notices voluntarily voluntary dismissal of this action, without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B).

Dated: June 30, 2025

Respectfully submitted,

/s/Carlos Doroteo
Carlos Doroteo
TX Bar No. 24097616
Sergio Perez
TX Bar No. 24126153
**Chavana Law PLLC**
2702 Little York Rd
Houston, TX 77093
(713) 979-2941
carlos@chavana.lawyer

**COUNSEL FOR PLAINTIFF
DIANIRA CORREA**

2

## **CERTIFICATE OF SERVICE**

    I certify that on June 30, 2025, I caused a true and correct copy of this document to be served via ECF on all counsel of record.

/s/Carlos Doroteo
Carlos Doroteo
