Case 4:25-cv-02848   Document 5   Filed on 07/08/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANIRA CORREA | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-2848 |
| | § | |
| SUNRUN INC. | § | |

## ORDER OF DISMISSAL

In accordance with Notice of Voluntary Dismissal filed on June 30, 2025 (Doc. No. 4), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

SIGNED on this 8th day of July 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE